# United States Court of Appeals
## For the First Circuit

No. 06-1815

UNITED STATES OF AMERICA,

Appellee,

v.

JUAN M. CRUZADO-LAUREANO,

Defendant, Appellant.

ERRATA

The opinion of this court issued on June 4, 2008 is amended as follows:

On page 14, line 12, "Civil Procedure 32" should read "Criminal Procedure 32"